■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FELIX RUIZ, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Aronin, J.), rendered February 10, 1982, convicting him of burglary in the second degree, grand larceny in the third degree, criminal possession of stolen property in the second and third degrees, petit larceny and possession of burglar's tools, upon a jury verdict, and imposing sentence.

Judgment affirmed.

We have examined defendant's contentions and find them to be without merit. Weinstein, J. P., Brown, Rubin and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MUHAMMED A. SALAHUBUDDIN, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Vetrano, J.) rendered May 20, 1981, convicting him of attempted robbery in the second degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606). Lazer, J. P., Thompson, Niehoff and Rubin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL SANTANA, Appellant. — Judgment of the Supreme Court, Kings County (Rigler, J.), rendered November 3, 1982, affirmed.

The issues raised by defendant are either not preserved for appellate review or are without merit. Lazer, J. P., Thompson, Niehoff and Rubin, JJ., concur.